UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 1:26-10434-NMG

**Diogo Oliveira Batista**

v.

**Antone Moniz, et al**

ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Court's allowance of the Petitioner's Motion to Dismiss on 2/2/2026 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Lima
Deputy Clerk

February 2, 2026